# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| TAMIA FIELDS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 2:13-cv-02386-JTF-cgc |
| WHITESTONE GROUP, INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal (D.E. #20) filed in this matter, this Court is of the opinion that this matter should be dismissed with prejudice. It is therefore, ORDERED that this case is DISMISSED with prejudice with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED this 28th day of March, 2014.

BY THE COURT:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge